## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**WILSON J. McCRACKIN**                                                      **PLAINTIFF**

**v.**                              **CASE NO. 2:26-CV-00038-BSM**

**DEXTER PAYNE,** *et al.*                                                **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE